UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANGELO GLOVER                    Case No.: 3:15-cv-920-MMH-PDB

    Plaintiff,

v.

BAE SYSTEMS, INC., and
SAFARILAND, LLC,

    Defendants.
_____/

**DEFENDANT BAE SYSTEMS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, by its undersigned counsel, files its Certificate of Interested Parties pursuant to Fed. R. Civ. P. 7.1 and this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

BAE Systems Technology Solutions & Services Inc. is a wholly-owned subsidiary of BAE Systems, Inc., a Delaware corporation. BAE Systems, Inc. is a wholly-owned subsidiary of BAE Systems Holdings Inc., a Delaware corporation. BAE Systems Holdings Inc. is a wholly-owned subsidiary of BAE Systems (Holdings) Ltd a company registered under the laws of England and Wales. All of the above companies are privately held.

Additionally, BAE Systems, Inc. is aware of the following persons and corporations that may have an interest in a party to this action or the outcome of this action:

    a) Dangelo Glover
    b) Leonard S. Magid, Esq.
    c) P. Daniel Williams, Esq.
    d) Magid & Williams, P.A.
    e) Michael R. Freed, Esq.
    f) Lauren V. Purdy, Esq.
    g) Gunster, Yoakley & Stewart, P.A.

      h) Safariland, LLC
      i) Lori S. Patterson, Esq.
      j) Samuel J. Horovitz, Esq.
      k) Rogers Towers, P.A.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    None.

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

    Dangelo Glover

5. Check one of the following:

__X__  I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

                    Respectfully Submitted,

Dated: August 12, 2015          GUNSTER YOAKELY & STEWART, P.A.

                    */s/   Lauren V. Purdy*
                    Michael F. Freed
                    Florida Bar No. 69205
                    Lauren V. Purdy
                    Florida Bar No. 93943
                    225 Water Street, Suite 1750
                    Jacksonville, Florida 32202-5185
                    (904) 354-1980
                    (904) 350-5953 fax
                    mfreed@gunster.com
                    lpurdy@gunster.com

                    *Co-counsel for BAE Systems, Inc.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 12, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Leonard S. Magid, Esq.<br>P. Daniel Williams, Esq.<br>MAGID & WILLIAMS, P.A.<br>3100 University Boulevard South<br>Suite 115<br>Jacksonville, Florida 32216<br>len@magidwilliams.com<br>dan@magidwilliams.com<br><br>*Attorneys for Plaintiff* | Samuel J. Horovitz, Esq.<br>Lori S. Patterson, Esq.<br>ROGERS TOWERS, P.A.<br>1301 Riverplace Boulevard<br>Suite 1500<br>Jacksonville, Florida 32207<br>shorovitz@rtlaw.com<br>lpatterson@rtlaw.com<br><br>*Attorneys for Defendant Safariland, LLC* |

                                          */s/ Lauren V. Purdy*
                                          Attorney

JAX_ACTIVE 3626632.1